Cite as 2022 Ark. 170

# SUPREME COURT OF ARKANSAS

**Opinion Delivered:** September 29, 2022

IN RE ARKANSAS SUPREME COURT
COMMITTEE ON CIVIL PRACTICE

## PER CURIAM

Lee Curry, Esq., of Little Rock is appointed to the Committee on Civil Practice for a four-year term to expire on July 31, 2025.  The Court thanks Mr. Curry for his willingness to serve on this important committee.

The Court designates Michelle Kaemmerling, a current member of the committee, to succeed H. David Blair as Chair.  We thank Mr. Blair, whose term has expired, for his years of valuable service and extend our appreciation to Ms. Kaemmerling for undertaking these duties.